In the Matter of JOHN B. DOYLE, Appellant.
UNITED STATES BOND AND MORTGAGE CORPORATION, Respondent.

(Argued January 6, 1932; decided February 9, 1932.)

*Charles H. Kelby* and *John B. Doyle* for appellant.
*George Link, Jr.,* and *Charles H. Buckley* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.